**Garet Bradford**-Plaintiff (Pro Se)

415 18th Ave S

Grand Forks, ND 58201

### United States District Court, 8th Circuit North Dakota

**GARET BRADFORD**, Plaintiff,

v.

**REGENTS OF THE UNIVERSITY OF NORTH DAKOTA**, a constitutional body corporate; **Katheryn Rand**, individually and in her official capacity; **Bradley Parrish**, individually and in his official capacity; **Robert Kelley** individually and in his official capacity; **Steven Morrison**; jointly and Severally, Defendants.

District Court Proceedings to Protect Personal and Property Rights

§ 42:22. Ex parte motion for temporary restraining order [Fed. R. Civ. P. 7(b), 65(b)]

### MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff **Garet Bradford** Pro Se, moves this court to issue a temporary restraining order, pursuant to Fed. R. Civ. P. 65(b), without requiring the giving of notice to the defendant or its attorney, restraining and enjoining defendants, **University of North Dakota Regents, Katheryn Rand, Bradley Parrish, Robert Kelly, Steven Morrison** all individually and in their official capacity and all those in active concert or participation with [it/them], from any/all continuing negative actions against Plaintiff pending a hearing and determination of plaintiff's motion for a preliminary injunction. Plaintiff further moves this court for an order setting a date for such hearing.

Unless this motion is granted, plaintiff will suffer immediate and irreparable loss, damage, or injury as a result of the actions of defendant before defendant or its attorney can be heard in opposition, and before a hearing can be had on the motion for preliminary injunction, placing him in the position he would have been in but for Defendants' wrongdoing; as more fully appears in the verified complaint filed in this actions attached affidavit (immediate dismissal) of Garet Bradford, and the certificate of the undersigned, attached to this motion. Ex Parte requested due to Defendants attorneys being numerous and presently unknown to Plaintiff.

Dated: 5-19-2015

**Garet Bradford-Plaintiff (Pro Se)**

415 18th Ave S. Grand Forks, ND 58201-775-247-3424

Defendants Attorneys Unknown