

Office of the Clerk of Court
655 First Avenue North, Suite 130
Fargo, North Dakota
58102-4932