# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Garet Bradford, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.  2:15-cv-39 |
| vs. | ) | |
| | ) | **ORDER** |
| Regents of the University of North Dakota, | ) | |
| a constitutional body corporate, Kath[]ryn Rand, | ) | |
| Bradley Parrish, Robert Kelly, and Steven | ) | |
| Morrison, all individually and in their official | ) | |
| capacity, and jointly and severally, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Garet Bradford, who is proceeding pro se, filed an unredacted copy of his tax

return in support of his motion to proceed in forma pauperis. (Doc. #1-1). Fed. R. Civ. P. 5.2

requires that a party redact certain personally identifying information in documents that are filed

with the court. The Clerk of Court is directed to seal the unredacted copy of plaintiff's tax return.

Plaintiff shall file a redacted copy in compliance with Fed. R. Civ. P. 5.2 within three business

days.

**IT IS SO ORDERED**.

Dated this 21st day of May, 2015.

 /s/ *Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge