**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Garet Bradford,                         )<br>                                                      )<br>          Plaintiff,                          )<br>                                                      )<br>     vs.                                           )<br>                                                      )<br>Regents of the University of North Dakota,   )<br>a constitutional body corporate, Kath[]ryn Rand,)<br>Bradley Parrish, Robert Kelly, and Steven    )<br>Morrison, all individually and in their official )<br>capacity, and jointly and severally,          )<br>                                                      )<br>          Defendants.                    ) | Case No.  2:15-cv-39<br><br>**ORDER** |

Plaintiff submitted for filing a pro se complaint, a motion for a temporary restraining order, and an application to proceed in forma pauperis ("IFP"). (Doc. #1). After reviewing plaintiff's statement of income and assets, the court finds he is unable to pay the filing fee. It is **ORDERED** that plaintiff's application to proceed IFP (Doc. #1) is **GRANTED** and the filing fee is waived. The Clerk of Court is directed to file the complaint and motion without payment of fees. However, no summons shall issue until the court completes its review of the IFP complaint pursuant to 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED**.

Dated this 22nd day of May, 2015.

/s/ *Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge